NUMBER 13-01-825-CR

 

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

RICKY
ORTIZ,                                                                      Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On appeal from the 347th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, RICKY ORTIZ, perfected
an appeal from a judgment entered by the   
347th District Court of Nueces County,
Texas,  in cause
number 99-CR-220-H.  On March 7, 2002, this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2).  The trial court=s findings and recommendations were received on October 18, 2002.  The trial
court found that the appellant does not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day
of November, 2002.